OPINION — AG — ** COUNTY COMMISSIONERS — AUDIT — WITHHOLD BOND ** QUESTION: COUNTY COMMISSIONERS OF MAYES COUNTY HAVE REQUESTED AN OPINION AS TO WHETHER OR NOT THE COUNTY COMMISSIONERS WOULD BE JUSTIFIED IN WITHHOLDING ACTION ON A NEW BOND FOR THE COURT CLERK OF MAYES COUNTY WHEN OR IF SUBMITTED TO THEM PENDING ACTION ON THE NEW AUDIT OF THE COURT CLERK'S OFFICE ? — AFFIRMATIVE (STATE EXAMINER AND INSPECTOR OFFICE, RECORDS, ACCOUNTS, FUNDS) CITE: 51 O.S. 4 [51-4] (JAMES P. GARRETT)